Dismissed and Memorandum Opinion filed September 7, 2006








Dismissed
and Memorandum Opinion filed September 7, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00702-CV

____________

 

RAUL MAURICIO GUZMAN, Appellant

 

V.

 

RHINA YVONNE GUZMAN,
Appellee

 



 

On Appeal from the 312th District
Court

Harris County, Texas

Trial Court Cause No. 2005-37319

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 7, 2006.  On August 29, 2006, appellant
filed a motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
September 7, 2006.

Panel consists of Justices Fowler, Edelman and Frost.